

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause Number:  01-13-01061-CV

Trial Court Cause
Number:  2008-51454

Style:  Miriam  Blank

**v** Jack  Nuszen

Date motion filed[*]:  September 12, 2014

Type of motion:  Motion for Oral Argument

Party filing motion:  Appellant

Document to be filed:

Is appeal accelerated? ☐ YES   ☒ NO

Ordered that motion is:

☐ Granted

　　　If document is to be filed, document due: _____

　　　☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☒ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☐ Other: _____

Judge's signature: /s/ Terry Jennings
　　　☒ Acting individually   ☐ Acting for the Court

Panel consists of _____

Date: September 19, 2014